## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | Buries, Tikisha M | § | Case No.  10 B 45093 |
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 10/08/2010.

2)   The plan was confirmed on 12/08/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 12/07/2011.

5)   The case was dismissed on 12/14/2011.

6)   Number of months from filing or conversion to last payment: 9.

7)   Number of months case was pending: 19.

8)   Total value of assets abandoned by court order: (NA).

9)   Total value of assets exempted: $2,635.00.

10)   Amount of unsecured claims discharged without full payment: $0.

11)   All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,753.89 | |
| Less amount refunded to debtor | $0 | |
| **NET RECEIPTS:** | | $1,753.89 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,668.70 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $85.19 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $1,753.89 |
| Attorney fees paid and disclosed by debtor | $0 | |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept of Revenue | Priority | $700.00 | $431.40 | $431.40 | $0 | $0 |
| AFNI | Unsecured | $176.00 | NA | NA | $0 | $0 |
| AIT | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Allied Credit | Unsecured | $219.00 | NA | NA | $0 | $0 |
| American InfoSource LP | Unsecured | $500.00 | $368.93 | $368.93 | $0 | $0 |
| American InfoSource LP | Unsecured | $1,098.00 | $898.16 | $898.16 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | NA | $10,571.86 | $10,571.86 | $0 | $0 |
| Asset Management Out | Unsecured | $461.00 | NA | NA | $0 | $0 |
| Bancorp Group Inc | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $191.00 | NA | NA | $0 | $0 |
| CB USA | Unsecured | $141.00 | $140.74 | $140.74 | $0 | $0 |
| Cbe Group | Unsecured | $176.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $10,000.00 | NA | NA | $0 | $0 |
| Check N Go | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Chela Financial Inc | Unsecured | $2,025.00 | NA | NA | $0 | $0 |
| Chela Financial Inc | Unsecured | $1,500.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chela Financial Inc | Unsecured | $4,922.00 | NA | NA | $0 | $0 |
| Chela Financial Inc | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,700.00 | NA | NA | $0 | $0 |
| Collect Systems | Unsecured | $786.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $387.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,944.00 | $2,556.93 | $2,556.93 | $0 | $0 |
| Credit Management Co. | Unsecured | $389.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $176.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $268.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $268.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Department Of Education | Unsecured | $1,333.00 | $3,022.67 | $3,022.67 | $0 | $0 |
| Department Of Employment Security | Unsecured | $8,000.00 | NA | NA | $0 | $0 |
| Dept Of Education | Unsecured | $1,205.00 | NA | NA | $0 | $0 |
| First Revenue Assurance | Unsecured | $52.00 | NA | NA | $0 | $0 |
| Get Cash USA | Unsecured | $500.00 | $537.39 | $537.39 | $0 | $0 |
| I C Systems Inc | Unsecured | $46.00 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $82.40 | $82.40 | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $1,500.00 | $1,543.93 | $1,543.93 | $0 | $0 |
| Internal Revenue Service | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $997.00 | $997.32 | $997.32 | $0 | $0 |
| Medical Collections | Unsecured | $234.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $216.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $382.00 | NA | NA | $0 | $0 |
| Meta Bank | Unsecured | $607.00 | NA | NA | $0 | $0 |
| National Recovery Agency | Unsecured | $53.00 | NA | NA | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $75.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $170.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $109.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $170.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $146.00 | NA | NA | $0 | $0 |
| Nelnet | Unsecured | $1,667.00 | $4,762.93 | $4,762.93 | $0 | $0 |
| Nicor Gas | Unsecured | $2,884.00 | $2,405.00 | $2,405.00 | $0 | $0 |
| Nicor Gas | Unsecured | $1,860.00 | NA | NA | $0 | $0 |
| Park Dansan | Unsecured | $460.00 | NA | NA | $0 | $0 |
| PLS Payday Loan Store | Unsecured | $1,400.00 | $250.18 | $250.18 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

## Scheduled Creditors: *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Robert Morris College | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Robert Morris College | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $4,705.00 | $9,632.72 | $9,632.72 | $0 | $0 |
| Superior Mgt. | Unsecured | $1,098.00 | NA | NA | $0 | $0 |
| Tex Collect/Colection Agency | Unsecured | $445.00 | NA | NA | $0 | $0 |
| Tex Collect/Colection Agency | Unsecured | $189.00 | NA | NA | $0 | $0 |
| Trident Asst | Unsecured | $102.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $15,941.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $16,871.00 | $19,658.94 | $19,658.94 | $0 | $0 |
| University Of Phoenix | Unsecured | $3,012.00 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | $1,668.00 | $1,668.46 | $1,668.46 | $0 | $0 |
| West Asset Management | Unsecured | $224.00 | NA | NA | $0 | $0 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $37,077.26 | $0 | $0 |
| **TOTAL SECURED:** | $37,077.26 | $0 | $0 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $431.40 | $0 | $0 |
| **TOTAL PRIORITY:** | $431.40 | $0 | $0 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $22,021.30 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,753.89 |
| Disbursements to Creditors | $0 |
| **TOTAL DISBURSEMENTS:** | $1,753.89 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 8, 2012                    By: /s/ MARILYN O. MARSHALL

                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.